UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ppa | : | |
| VONETTA CYRUS-BARKER and | : | |
| JONATHAN MORA-ALPIZAR; and | : | CIVIL NO. 3:11CV1733 |
| VONETTA CYRUS-BARKER, | : | |
| individually, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| OPTIMUS HEALTH CARE, INC., | : | |
| BRENDA KULIKOWSKI, and | : | |
| BRIDGEPORT HOSPITAL, | : | |
| | : | |
| Defendants. | : | NOVEMBER 9, 2011 |

**NOTICE OF REMOVAL**

Please take notice that, pursuant to 28 U.S.C. §§ 1442(a)(1), 28 U.S.C. § 2679(d)(2), and 42 U.S.C. § 233(c), the Defendants, Optimus Health Care, Inc., and Brenda Kulikowski (hereinafter "Federal Defendants"), have removed this matter to United States District Court for the District of Connecticut. As a basis for removal, Federal Defendants make the following representations:

1. The Federal Defendants have been named as defendants in a lawsuit filed in the Connecticut Superior Court for the Judicial District of Fairfield at Bridgeport. Copies of the Summons and Complaint attachments are attached hereto.

2. The complaint alleges that plaintiffs suffered injuries and damages as a result of negligence of the Federal Defendants in the course of providing medical treatment.

3. Pursuant to the provisions of 42 U.S.C. § 233(c) and 28 U.S.C. § 2679(d), the U.S. Attorney's Office for the District of Connecticut has certified that these defendants, Optimus Health Care, Inc. and Brenda Kulikowski, were acting within the scope of their federal employment as employees of the Public Health Service at the time of the incident out of which the Plaintiffs' claim arose.

4. Pursuant to 42 U.S.C. § 233(c),

> Upon a certification by the Attorney General that the defendant was acting in the scope of his employment at the time of the incident out of which the suit arose, any such civil action or proceeding commenced in a State court shall be removed without bond at any time before trial by the Attorney General to the district court of the United States of the district and division embracing the place wherein it is pending and the proceeding deemed a tort action brought against the United States under the provisions of Title 28 and all references thereto.

5. In addition, pursuant to 28 U.S.C. § 1442(a)(1), any civil action brought in a state court against the United States "may be removed . . . the district court of the United States for the district and division embracing the place wherein it is pending."

6. Based on the foregoing, the Federal Defendants, Optimus Health Care, Inc. And Brenda Kulikowski, hereby remove this action to the District Court for the District of Connecticut.

Respectfully submitted,

DEFENDANTS, OPTIMUS HEALTH CARE, INC.
and BRENDA KULIKOWSKI

DAVID B. FEIN
UNITED STATES ATTORNEY

　 /s/
LAUREN M. NASH, ct01705
ASSISTANT U.S. ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
157 CHURCH STREET
NEW HAVEN, CT 06510
Telephone: (203) 821-3700
Facsimile: (203) 773-5373
E-mail: lauren.nash@usdoj.gov

# CERTIFICATION

This is to certify that a copy of the within and foregoing has been mailed, postage prepaid, on this 9th day of November, 2011, to:

Joel H. Liechtenstein, Esq.
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, CT 06604

*Representing Plaintiffs,* ███████████ *ppa, Vonetta Cyrus-Barker and Jonathan Mora-Alpizar, and Vonetta Cyrus-Barker, Individually.*


Adam Maiocco, Esq.
Neubert Pepe & Monteith, P.C.
195 Church Street
13th Floor
New Haven, CT 06510

*Representing Defendant, Bridgeport Hospital*

    /s/
LAUREN M. NASH, ct01705
ASSISTANT U.S. ATTORNEY